■ GEORGE A. DePIERRO, Appellant, v THEODORE KARAGHEUZOFF, as Acting Administrator of the Transportation Administration of the City of New York and as its Commissioner of Traffic, et al., Respondents.—Judgment, Supreme Court, New York County, entered on July 21, 1976, unanimously affirmed for the reasons stated by Hughes, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Kupferman, Silverman and Lane, JJ.

■ In the Matter of EDWARD AXELSEN, Appellant, v DEPARTMENT OF PERSONNEL OF THE CITY OF NEW YORK et al., Respondents.—Judgment, Supreme Court, New York County, entered on June 4, 1976, unanimously affirmed for the reasons stated by Samuel R. Rosenberg, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Birns, Silverman and Lane, JJ.

■ ROSE RUBIN et al., Appellants, v HEVRO REALTY CORP. et al., Respondents, et al., Defendant.—Order, Supreme Court, New York County, entered on December 16, 1975, and order and judgment (one paper) of said court, entered on January 14, 1976, unanimously affirmed on the opinion of Baer, J., at Special Term (84 Misc 2d 1074), without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Birns, Silverman and Lane, JJ.

■ MURIEL TOLES, as Administratrix of the Estate of JAMES TOLES, Deceased, et al., Respondents, v I & J REALTY, INC., Defendant-Appellant, and Third-Party Plaintiff. I. KARTEN, INC., Third-Party Defendant-Appellant. —Order, Supreme Court, New York County, entered on June 31, 1976, unanimously affirmed on opinion of Fein, J., at Special Term and that the respondents recover of the appellants one bill of $60 costs and disbursements of these appeals. Concur—Stevens, P. J., Markewich, Kupferman, Silverman and Lane, JJ.

■ SECURITY INSURANCE COMPANY OF HARTFORD, Respondent, v EASTERN QUALITY CLEANING SERVICE, INC., Appellant.—Order, Supreme Court, New York County, entered on January 22, 1976, unanimously affirmed for the reasons stated by Korn, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Murphy, Lupiano, Capozzoli and Nunez, JJ.

■ In the Matter of PUBLIC SERVICE MUTUAL INSURANCE COMPANY, Appellant, v DRAFTOMATIC PREMIUM BUDGET CORPORATION, Respondent, et al., Respondent.—Judgment, Supreme Court, New York County, entered on or about March 22, 1976, unanimously affirmed per the memorandum of Gellinoff, J., at Special Term and that the respondent-respondent recover of the appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Birns, Silverman and Lane, JJ.

■ LEONARD H. CARTER, et al., Appellants, v DAVID L. KONIGSBERG et al., Respondents.—Orders, Supreme Court, New York County, entered on October 17, 1975 and March 8, 1976, respectively, unanimously affirmed for the reasons stated by Hughes, J., at Special Term and that the respondents recover of the appellants $60 costs and disbursements of this appeal. Concur —Kupferman, J. P., Lupiano, Birns, Silverman and Lane, JJ.